

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00106-CV

Nell **RAMEY**,
Appellant

v.

Jessica A. **POLLET**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-04119
Honorable Martha B. Tanner, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Luz Elena D. Chapa, Justice
              Jason Pulliam, Justice

Delivered and Filed:  April 8, 2015

DISMISSED

When Nell Ramey filed this appeal, she was required to pay a $195.00 filing fee. *See* TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN CIVIL CASES IN THE SUPREME COURT AND THE COURTS OF APPEALS AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 13-9127, Aug. 16, 2013). Ramey did not pay the required filing fee; accordingly, the clerk of this court notified her by letter on February 26, 2015, that her notice of appeal was conditionally filed and the filing fee was due within ten days. On March 13, 2015, when the fee remained unpaid, this court ordered that Ramey must, not later than March 23, 2015,

either (1) pay the applicable filing fee or (2) provide written proof to this court that she is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just."). The court advised Ramey that if she failed to respond satisfactorily within the time ordered, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3.

The filing fee has not been paid, and Ramey has not otherwise responded to our March 13, 2015 order. We therefore dismiss this appeal for want of prosecution.

PER CURIAM